UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL  **JS-6**

| Case No. | ED CV 23-0672-TJH(SHKx) | Date | DECEMBER 6, 2024 |
|---|---|---|---|

| Title | Earnell Worthy v. GXO Logistics Supply Chain, Inc. |
|---|---|

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On August 2, 2024 the Court issued an order giving the parties time to file their dismissal order by November 4, 2024, in light of the parties settlement. As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]

IT IS SO ORDERED.

cc: all parties